# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRENT MOHLMAN,

        Plaintiff,                                         Case No. 12-10120

v.                                                      Hon. Gerald E. Rosen

LONG BEACH MORTGAGE
EXTINCT LENDER
WASHINGTON MUTUAL BANK
EXTINCT LENDER
CHASE HOME LOAN AND
CRAIG J. KEANEY, SENIOR VICE
PRESIDENT

                Defendants.
_____/

## JUDGMENT

The Court having entered an Opinion and Order granting Defendants' Motion to Dismiss and dismissing Plaintiff's Amended Complaint in its entirety, and being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a JUDGMENT OF DISMISSAL, with prejudice, be, and hereby is, entered.

Dated: February 8, 2013        s/Gerald E. Rosen
                                         GERALD E. ROSEN
                                         CHIEF JUDGE, UNITED STATES DISTRICT COURT

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, Friday, February 8, 2013, by electronic and/or ordinary mail.

                                                                   s/Julie Owens
                                                                     Case Manager, (313) 234-5135